AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Kathleen Jackson

Plaintiff (s),

V.

County of Monterey, et al

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 12-00945 PSG

Notice is hereby given that, subject to approval by the court, __Kathleen Jackson In Pro Per__ substitutes
(Party (s) Name)

__Michael Shane Biggs__, State Bar No. __237640__ as counsel of record in
(Name of New Attorney)

place of __Kathleen Jackson In Pro Per__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Michael S. Biggs
Address: 55 Main Street Tiburon, CA 94920
Telephone: (415) 789-5823    Facsimile (415) 789-5923
E-Mail (Optional):

I consent to the above substitution.
Date: 3/12/2012

(Signature of Party (s))

I consent to being substituted.
Date: 3/12/2012

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/12/2012

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/28/12

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]