IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KATHLEEN JACKSON,

        Plaintiff,

  v.

COUNTY OF MONTEREY, ET AL.,

        Defendant.

/

No. C 12-00945 RS

**CASE MANAGEMENT SCHEDULING ORDER**

    Pursuant to the Federal Rule of Civil Procedure 16, the parties were required to attend a Case Management Conference on May 31, 2012. Only defendants appeared. IT IS HEREBY ORDERED THAT:

1. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held telephonically on **June 21, 2012 at 11:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

2. DECLARATION. On or before June 14, 2012, plaintiff's counsel shall file a declaration explaining his failure to attend the Conference. Failure to file the declaration may result in sanctions.

**IT IS SO ORDERED.**

Dated: 5/31/12

                              RICHARD SEEBORG
                              UNITED STATES DISTRICT JUDGE