CHARLES J. McKEE (SBN 152458)
County Counsel
WILLIAM M. LITT (SBN 166614)
Deputy County Counsel
JUAN P. RODRIGUEZ (SBN 252306)
Deputy County Counsel
OFFICE OF THE MONTEREY COUNTY COUNSEL
168 W. Alisal Street, Third Floor
Salinas, CA  93901-2439
Telephone:  (831) 755-5045
Facsimile:  (831) 755-5283
Email: rodriguezjp@co.monterey.ca.us

Attorneys for Defendants, COUNTY OF MONTEREY,
JOSH BOWLING & PHIL HICKENBOTTOM

Michael S. Biggs, Esq. (SBN 237640)
Law Offices of Michael S. Biggs
55 Main Street
Tiburon, CA 94920
(415) 789-5823 Telephone
(707) 789- 5923 Facsimile
Email: Michael S. Biggs michaelbiggs@biggslawoffices.net

Attorney for Plaintiff, KATHLEEN JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN JACKSON,<br><br>           Plaintiff,<br><br>    vs.<br><br>COUNTY OF MONTEREY, JOSH BOWLING, PHIL HICKENBOTTOM and DOES ONE through 20,<br><br>           Defendants. | Case No:  3:12-CV-00945-RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

**TO:	THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

/ / / / /

1

IT IS HEREBY STIPULATED between Plaintiff and Defendants, through their attorneys of record, that the time to respond to the First Amended Complaint, which is currently due June 11, 2012, will be extended for sixty days from May 24, 2012, to Monday, July 23, 2012, to allow the parties to engage in informal discovery and possible settlement negotiations.

Dated: May 31, 2012   LAW OFFICES OF MICHAEL S. BIGGS

By: */s/Michael S. Biggs*
MICHAEL S. BIGGS, ESQ.
Attorney for Plaintiff KATHLEEN JACKSON

Dated: May 31, 2012   CHARLES J. McKEE, COUNTY COUNSEL

By: */s/ William M. Litt*
WILLIAM M. LITT
Attorneys for Defendants COUNTY OF MONTEREY, JOSH BOWLING & PHIL HICKENBOTTOM

## [~~PROPOSED~~] ORDER

[X]   The parties' stipulation is adopted and IT IS SO ORDERED.

[ ]   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 6/18/12

UNITED STATES DISTRICT JUDGE

2

*Jackson v. County of Monterey, et al.*                                                             CASE NO. 3:12-CV-00945-PSG
Stipulation and [~~Proposed~~] Order Extending Time to Respond to the First Amended Complaint