1 | CHARLES J. McKEE (SBN 152458)
County Counsel
2 | WILLIAM M. LITT (SBN 166614)
Deputy County Counsel
3 | JUAN P. RODRIGUEZ (SBN 252306)
Deputy County Counsel
4 | OFFICE OF THE MONTEREY COUNTY COUNSEL
168 W. Alisal Street, Third Floor
5 | Salinas, CA  93901-2439
Telephone:  (831) 755-5045
6 | Facsimile:  (831) 755-5283
Email: rodriguezjp@co.monterey.ca.us
7
Attorneys for Defendants, COUNTY OF MONTEREY,
8 | JOSH BOWLING & PHIL HICKENBOTTOM

9 | Michael S. Biggs, Esq. (SBN 237640)
Law Offices of Michael S. Biggs
10 | 55 Main Street
Tiburon, CA 94920
11 | (415) 789-5823 Telephone
(707) 789- 5923 Facsimile
12 | Email: Michael S. Biggs michaelbiggs@biggslawoffices.net

13 | Attorney for Plaintiff, KATHLEEN JACKSON

14

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | SAN FRANCISCO DIVISION

18 | KATHLEEN JACKSON,                         Case No: 3:12-CV-00945-RS

19 |         Plaintiff,
                                              **STIPULATION AND [PROPOSED] ORDER**
20 |     vs.                                  **EXTENDING TIME TO RESPOND TO**
                                              **THE FIRST AMENDED COMPLAINT**
21 | COUNTY OF MONTEREY, JOSH
BOWLING, PHIL HICKENBOTTOM
22 | and DOES ONE through 20,

23 |         Defendants.

24

25 | **TO:   THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
          OF CALIFORNIA:**
26

27 | / / / / /

28
1

*Jackson v. County of Monterey, et al.*                                    CASE NO. 3:12-CV-00945-PSG
Stipulation and [Proposed] Order Extending Time to Respond to the First Amended Complaint

1  IT IS HEREBY STIPULATED between Plaintiff and Defendants, through their attorneys of record, that the time to respond to the First Amended Complaint, which is currently due June 11, 2012, will be extended for sixty days from May 24, 2012, to Monday, July 23, 2012, to allow the parties to engage in informal discovery and possible settlement negotiations.

Dated: May 31, 2012        LAW OFFICES OF MICHAEL S. BIGGS

By:   */s/Michael S. Biggs*
      MICHAEL S. BIGGS, ESQ.
      Attorney for Plaintiff KATHLEEN JACKSON

Dated: May 31, 2012        CHARLES J. McKEE, COUNTY COUNSEL

By:   */s/ William M. Litt*
      WILLIAM M. LITT
      Attorneys for Defendants COUNTY OF MONTEREY, JOSH BOWLING & PHIL HICKENBOTTOM

### [PROPOSED] ORDER

[X]   The parties' stipulation is adopted and IT IS SO ORDERED.

[ ]   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 6/18/12

UNITED STATES DISTRICT JUDGE

2

*Jackson v. County of Monterey, et al.*                                       CASE NO. 3:12-CV-00945-PSG
Stipulation and [Proposed] Order Extending Time to Respond to the First Amended Complaint