1 | CHARLES J. McKEE (SBN 152458)
    County Counsel
2 | WILLIAM M. LITT (SBN 166614)
    Deputy County Counsel
3 | JUAN P. RODRIGUEZ (SBN 252306)
    Deputy County Counsel
4 | OFFICE OF THE MONTEREY COUNTY COUNSEL
    168 W. Alisal Street, Third Floor
5 | Salinas, CA  93901-2439
    Telephone:  (831) 755-5045
6 | Facsimile:  (831) 755-5283
    Email: rodriguezjp@co.monterey.ca.us
7
    Attorneys for Defendants, COUNTY OF MONTEREY,
8 | JOSH BOWLING & PHIL HICKENBOTTOM

9 | Michael S. Biggs, Esq. (SBN 237640)
    Law Offices of Michael S. Biggs
10 | 55 Main Street
     Tiburon, CA 94920
11 | (415) 789-5823 Telephone
     (415) 789- 5923 Facsimile
12 | Email: Michael S. Biggs michaelbiggs@biggslawoffices.net

13 | Attorney for Plaintiff, KATHLEEN JACKSON

14

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | SAN FRANCISCO DIVISION

18 | KATHLEEN JACKSON,                           | Case No:  3:12-CV-00945-RS
19 |         Plaintiff,
                                                 | **STIPULATION AND [PROPOSED] ORDER
20 |     vs.                                       FURTHER EXTENDING TIME TO
                                                   RESPOND TO THE FIRST AMENDED
21 | COUNTY OF MONTEREY, JOSH                      COMPLAINT**
     BOWLING, PHIL HICKENBOTTOM
22 | and DOES ONE through 20,

23 |         Defendants.

24

25

26 | TO:  THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
          OF CALIFORNIA:
27
     / / / / /
28
                                                 1
*Jackson v. County of Monterey, et al.*                                    CASE NO. 3:12-CV-00945-PSG
Stipulation and [Proposed] Order Further Extending Time to Respond to the First Amended Complaint

1    IT IS HEREBY STIPULATED between Plaintiff and Defendants, through their attorneys
2 of record, that the time to respond to the First Amended Complaint, which is currently due July
3 23, 2012, will be extended for three weeks from July 23, 2012, to Monday, August 20, 2012, to
4 allow the parties to engage in further informal discovery and possible settlement negotiations.

5

6   Dated:  July 23, 2012         LAW OFFICES OF MICHAEL S. BIGGS

7
                                  By:   */s/Michael S. Biggs*
8                                       MICHAEL S. BIGGS, ESQ.
                                        Attorney for Plaintiff KATHLEEN JACKSON
9

10

11  Dated:  July 23, 2012         CHARLES J. McKEE, COUNTY COUNSEL

12
                                  By:   */s/ William M. Litt*
13                                      WILLIAM M. LITT
                                        Attorneys for Defendants COUNTY OF
14                                      MONTEREY, JOSH BOWLING & PHIL
                                        HICKENBOTTOM
15

16

17                           [PROPOSED] ORDER

18      [X]   The parties' stipulation is adopted and IT IS SO ORDERED.

19      [ ]   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

20

21

22

23   Dated:  7/24/12
                                  _____
24                                UNITED STATES DISTRICT JUDGE

25

26

27

28
                                          2

*Jackson v. County of Monterey, et al.*                          CASE NO. 3:12-CV-00945-PSG
Stipulation and [Proposed] Order Further Extending Time to Respond to the First Amended Complaint