1  CHARLES J. McKEE (SBN 152458)
   County Counsel
2  WILLIAM M. LITT (SBN 166614)
   Deputy County Counsel
3  JUAN P. RODRIGUEZ (SBN 252306)
   Deputy County Counsel
4  OFFICE OF THE MONTEREY COUNTY COUNSEL
   168 W. Alisal Street, Third Floor
5  Salinas, CA  93901-2439
   Telephone:  (831) 755-5045
6  Facsimile:  (831) 755-5283
   Email: rodriguezjp@co.monterey.ca.us
7
   Attorneys for Defendants, COUNTY OF MONTEREY,
8  JOSH BOWLING & PHIL HICKENBOTTOM

9  Michael S. Biggs, Esq. (SBN 237640)
   Law Offices of Michael S. Biggs
10 55 Main Street
   Tiburon, CA 94920
11 (415) 789-5823 Telephone
   (415) 789- 5923 Facsimile
12 Email: Michael S. Biggs michaelbiggs@biggslawoffices.net

13 Attorney for Plaintiff, KATHLEEN JACKSON

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18 | KATHLEEN JACKSON,                      | Case No:  3:12-CV-00945-RS
19 |          Plaintiff,                     |
   |                                         | **STIPULATION AND [PROPOSED] ORDER
20 |     vs.                                 | FURTHER EXTENDING TIME TO
   |                                         | RESPOND TO THE FIRST AMENDED
21 | COUNTY OF MONTEREY, JOSH                | COMPLAINT**
   | BOWLING, PHIL HICKENBOTTOM              |
22 | and DOES ONE through 20,                |
23 |          Defendants.                    |

24

25

26 **TO:    THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
            OF CALIFORNIA:**
27
   / / / / /
28
                                        1
*Jackson v. County of Monterey, et al.*                           CASE NO. 3:12-CV-00945-PSG
Stipulation and [Proposed] Order Further Extending Time to Respond to the First Amended Complaint

1  IT IS HEREBY STIPULATED between Plaintiff and Defendants, through their attorneys of record, that the time to respond to the First Amended Complaint, which is currently due July 23, 2012, will be extended for three weeks from July 23, 2012, to Monday, August 20, 2012, to allow the parties to engage in further informal discovery and possible settlement negotiations.

Dated: July 23, 2012            LAW OFFICES OF MICHAEL S. BIGGS

By:  */s/Michael S. Biggs*
     MICHAEL S. BIGGS, ESQ.
     Attorney for Plaintiff KATHLEEN JACKSON

Dated: July 23, 2012            CHARLES J. McKEE, COUNTY COUNSEL

By:  */s/ William M. Litt*
     WILLIAM M. LITT
     Attorneys for Defendants COUNTY OF MONTEREY, JOSH BOWLING & PHIL HICKENBOTTOM

## [PROPOSED] ORDER

[X]  The parties' stipulation is adopted and IT IS SO ORDERED.

[ ]  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 7/24/12

_____
UNITED STATES DISTRICT JUDGE

2