1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KATHLEEN JACKSON,                                   No. C 12-00945 RS

                    Plaintiff,                      **CASE MANAGEMENT
                                                    SCHEDULING ORDER**
          v.

COUNTY OF MONTEREY, et al.,

                    Defendants.
_____/

          Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

Management Conference on August 23, 2012.  After considering the Joint Case Management

Statement submitted by the parties and consulting with the attorneys of record for the parties and

good cause appearing, IT IS HEREBY ORDERED THAT:

          1.       ALTERNATIVE DISPUTE RESOLUTION.

          MEDIATION.  The parties have agreed to participate in panel mediation to be completed

within 120 days of the issuance of this order.  They shall promptly notify the Court if the case is

resolved at the conference.

          2.       DISCOVERY.  On or before July 1, 2013, all non-expert discovery shall be

completed by the parties.  Discovery shall be limited as follows:  (a) ten (10) non-expert depositions

1   per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a

2   reasonable number of  requests for production of documents or for inspection per party; and (d) a

3   reasonable number of requests for admission per party.

4          3.     EXPERT WITNESSES.  On or before May 1, 2013, all expert discovery shall be

5   completed by the parties.

6          4.     FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management

7   Conference shall be held on **June 27, 2013, at 10:00 a.m.** in Courtroom 3, 17th Floor, United States

8   Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case

9   Management Statement at least one week prior to the Conference.

10         4.     PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to

11   Civil Local Rule 7.  All pretrial motions shall be heard no later than August 29, 2013.

12         5.     PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and

13   confer to discuss preparation of a joint pretrial statement, and on or before October 17, 2013 counsel

14   shall file a Joint Pretrial Statement.

15         6.     PRETRIAL CONFERENCE.  The final pretrial conference will be held on **October

16   31, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate

17   Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend

18   personally.

19         7.     TRIAL DATE.   Trial shall commence on **November 12, 2013 at 9:00 a.m.**, in

20   Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

21   California.

22         IT IS SO ORDERED.

23

24   DATED:  8/24/12

25                                              _____
                                                RICHARD SEEBORG
26                                              United States District Judge

27                                              CASE MANAGEMENT SCHEDULING ORDER

28

United States District Court
For the Northern District of California