```
 1  CHARLES J. McKEE (SBN 152458)
    County Counsel
 2  WILLIAM M. LITT (SBN 166614)
    Deputy County Counsel
 3  JUAN P. RODRIGUEZ (SBN 252306)
    Deputy County Counsel
 4  OFFICE OF THE MONTEREY COUNTY COUNSEL
    168 W. Alisal Street, Third Floor
 5  Salinas, CA 93901-2439
    Telephone: (831) 755-5045
 6  Facsimile: (831) 755-5283
    Email: rodriguezjp@co.monterey.ca.us
 7
    Attorneys for Defendants, COUNTY OF MONTEREY,
 8  JOSH BOWLING & PHIL HICKENBOTTOM

 9  Michael S. Biggs, Esq. (SBN 237640)
    Law Offices of Michael S. Biggs
10  55 Main Street
    Tiburon, CA 94920
11  (415) 789-5823 Telephone
    (415) 789-5923 Facsimile
12  Email: Michael S. Biggs michaelbiggs@biggslawoffices.net

13  Attorney for Plaintiff, KATHLEEN JACKSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN JACKSON, | Case No: 3:12-CV-00945-RS |
| Plaintiff, | |
| vs. | **STIPULATION AND [~~PROPOSED~~] ORDER FURTHER EXTENDING TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
| COUNTY OF MONTEREY, JOSH BOWLING, PHIL HICKENBOTTOM and DOES ONE through 20, | |
| Defendants. | |

TO: THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

/ / / / /

1

1  IT IS HEREBY STIPULATED between Plaintiff and Defendants, through their attorneys
2  of record, that the time to respond to the First Amended Complaint, which is currently due
3  October 19, 2012, will be extended for an additional thirty (30) days from October 19, 2012 to
4  **Monday, November 19, 2012**, to allow the parties to engage in further informal discovery and
5  possible settlement negotiations.

7  Dated: October 9, 2012    LAW OFFICES OF MICHAEL S. BIGGS

8                             By: _____
9                                 MICHAEL S. BIGGS, ESQ.
                                   Attorney for Plaintiff KATHLEEN JACKSON

12 Dated: October 9, 2012    CHARLES J. McKEE, COUNTY COUNSEL

14                             By: _____
                                   WILLIAM M. LITT
15                                 Attorneys for Defendants COUNTY OF
                                   MONTEREY, JOSH BOWLING & PHIL
16                                 HICKENBOTTOM

18                          [PROPOSED] ORDER

19  [X]  The parties' stipulation is adopted and IT IS SO ORDERED.
20  [ ]  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

24  Dated: 10/10/12           _____
25                            UNITED STATES DISTRICT JUDGE

2

*Jackson v. County of Monterey, et al.*                              CASE NO. 3:12-CV-00945-PSG
Stipulation and [Proposed] Order Further Extending Time to Respond to the First Amended Complaint