```
 1  CHARLES J. McKEE (SBN 152458)
    County Counsel
 2  WILLIAM M. LITT (SBN 166614)
    Deputy County Counsel
 3  JUAN P. RODRIGUEZ (SBN 252306)
    Deputy County Counsel
 4  OFFICE OF THE MONTEREY COUNTY COUNSEL
    168 W. Alisal Street, Third Floor
 5  Salinas, CA 93901-2439
    Telephone: (831) 755-5045
 6  Facsimile: (831) 755-5283
    Email: rodriguezjp@co.monterey.ca.us
 7
    Attorneys for Defendants, COUNTY OF MONTEREY,
 8  JOSH BOWLING & PHIL HICKENBOTTOM

 9  Michael S. Biggs, Esq. (SBN 237640)
    Law Offices of Michael S. Biggs
10  55 Main Street
    Tiburon, CA 94920
11  (415) 789-5823 Telephone
    (415) 789-5923 Facsimile
12  Email: Michael S. Biggs michaelbiggs@biggslawoffices.net

13  Attorney for Plaintiff, KATHLEEN JACKSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN JACKSON, | Case No: 3:12-CV-00945-RS |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
| COUNTY OF MONTEREY, JOSH BOWLING, PHIL HICKENBOTTOM and DOES ONE through 20, | |
| Defendants. | |

TO: THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

/ / / / /

---

1

*Jackson v. County of Monterey, et al.*
Stipulation and [Proposed] Order Further Extending Time to Respond to the First Amended Complaint      CASE NO. 3:12-CV-00945-PSG

IT IS HEREBY STIPULATED between Plaintiff and Defendants, through their attorneys of record, that the time to respond to the First Amended Complaint, which is currently due October 19, 2012, will be extended for an additional thirty (30) days from October 19, 2012 to **Monday, November 19, 2012**, to allow the parties to engage in further informal discovery and possible settlement negotiations.

Dated: October 9, 2012    LAW OFFICES OF MICHAEL S. BIGGS

By: _____
MICHAEL S. BIGGS, ESQ.
Attorney for Plaintiff KATHLEEN JACKSON

Dated: October 9, 2012    CHARLES J. McKEE, COUNTY COUNSEL

By: _____
WILLIAM M. LITT
Attorneys for Defendants COUNTY OF MONTEREY, JOSH BOWLING & PHIL HICKENBOTTOM

[~~PROPOSED~~] ORDER

[X]  The parties' stipulation is adopted and IT IS SO ORDERED.

[ ]  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 10/10/12    _____
UNITED STATES DISTRICT JUDGE

2

*Jackson v. County of Monterey, et al.*    CASE NO. 3:12-CV-00945-PSG
Stipulation and [~~Proposed~~] Order Further Extending Time to Respond to the First Amended Complaint