```
1  CHARLES J. McKEE (SBN 152458)
   County Counsel
2  WILLIAM M. LITT (SBN 166614)
   Deputy County Counsel
3  OFFICE OF THE MONTEREY COUNTY COUNSEL
   168 W. Alisal Street, Third Floor
4  Salinas, CA  93901-2439
   Telephone:  (831) 755-5045
5  Facsimile:  (831) 755-5283
   Email: Littwm@co.monterey.ca.us
6
   Attorneys for Defendants, COUNTY OF MONTEREY,
7  MONTEREY COUNTY BOARD OF SUPERVISORS
   in its Official Capacity, MONTEREY COUNTY
8  SHERIFF'S OFFICE, SHERIFF SCOTT MILLER
   In His Official Capacity, JOSHUA BOWLING, and
9  PHIL HICKENBOTTOM

10
   Michael S. Biggs, Esq. (SBN 237640)
11 Law Offices of Michael S. Biggs
   55 Main Street
12 Tiburon, CA 94920
   (415) 789-5823 Telephone
13 (415) 789- 5923 Facsimile
   Email: Michael S. Biggs michaelbiggs@biggslawoffices.net
14
   Attorney for Plaintiff, KATHLEEN JACKSON
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN JACKSON, | Case No: 3:12-CV-00945-RS |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT McCORMICK** |
| COUNTY OF MONTEREY, MONTEREY COUNTY BOARD OF SUPERVISORS in its Official Capacity, MONTEREY COUNTY SHERIFF'S OFFICE, SHERIFF SCOTT MILLER In His Official Capacity, JOSHUA BOWLING, PHIL HICKENBOTTOM and DOES ONE through 20, | |
| Defendants. | |

1

1  IT IS HEREBY STIPULATED between the parties to this action, through their attorneys
2  of record, that Plaintiff hereby dismisses with prejudice Defendant Tim McCormick, Director of
3  the Monterey County Building Department, in his Official Capacity and Individual Capacity,
4  pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

Dated: November 14, 2012   LAW OFFICES OF MICHAEL S. BIGGS

By: _____
MICHAEL S. BIGGS, ESQ.
Attorney for Plaintiff KATHLEEN JACKSON

Dated: November 14, 2012   CHARLES J. McKEE, COUNTY COUNSEL

By: _____
WILLIAM M. LITT
Attorneys for Defendants COUNTY OF
MONTEREY, JOSHUA BOWLING & PHIL
HICKENBOTTOM

### [PROPOSED] ORDER

[X]  The parties' stipulation is adopted and IT IS SO ORDERED.

[ ]  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 11/15/12

_____
UNITED STATES DISTRICT JUDGE

2

*Jackson v. County of Monterey, et al.*
Stipulation and [Proposed] Order Dismissing Defendant McCormick

CASE NO. 3:12-CV-00945-RS