CHARLES J. McKEE (SBN 152458)
County Counsel
WILLIAM M. LITT (SBN 166614)
Deputy County Counsel
OFFICE OF THE MONTEREY COUNTY COUNSEL
168 W. Alisal Street, Third Floor
Salinas, CA 93901-2439
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
Email: Littwm@co.monterey.ca.us

Attorneys for Defendants, COUNTY OF MONTEREY, MONTEREY COUNTY BOARD OF SUPERVISORS in its Official Capacity, MONTEREY COUNTY SHERIFF'S OFFICE, SHERIFF SCOTT MILLER In His Official Capacity, JOSHUA BOWLING, and PHIL HICKENBOTTOM

Michael S. Biggs, Esq. (SBN 237640)
Law Offices of Michael S. Biggs
55 Main Street
Tiburon, CA 94920
(415) 789-5823 Telephone
(415) 789-5923 Facsimile
Email: Michael S. Biggs michaelbiggs@biggslawoffices.net

Attorney for Plaintiff, KATHLEEN JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN JACKSON, | Case No: 3:12-CV-00945-RS |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT McCORMICK** |
| COUNTY OF MONTEREY, MONTEREY COUNTY BOARD OF SUPERVISORS in its Official Capacity, MONTEREY COUNTY SHERIFF'S OFFICE, SHERIFF SCOTT MILLER In His Official Capacity, JOSHUA BOWLING, PHIL HICKENBOTTOM and DOES ONE through 20, | |
| Defendants. | |

1

1  IT IS HEREBY STIPULATED between the parties to this action, through their attorneys
2  of record, that Plaintiff hereby dismisses with prejudice Defendant Tim McCormick, Director of
3  the Monterey County Building Department, in his Official Capacity and Individual Capacity,
4  pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

6  Dated: November 14, 2012        LAW OFFICES OF MICHAEL S. BIGGS

                                    By: _____
                                        MICHAEL S. BIGGS, ESQ.
                                        Attorney for Plaintiff KATHLEEN JACKSON

11 Dated: November 14, 2012        CHARLES J. McKEE, COUNTY COUNSEL

                                    By: _____
                                        WILLIAM M. LITT
                                        Attorneys for Defendants COUNTY OF
                                        MONTEREY, JOSHUA BOWLING & PHIL
                                        HICKENBOTTOM

#### [~~PROPOSED~~] ORDER

☒  The parties' stipulation is adopted and IT IS SO ORDERED.

☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 11/15/12                    _____
                                    UNITED STATES DISTRICT JUDGE

2

Jackson v. County of Monterey, et al.
Stipulation and [~~Proposed~~] Order Dismissing Defendant McCormick

CASE NO. 3:12-CV-00945-RS