UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN JACKSON,

    Plaintiff,

v.

COUNTY OF MONTEREY, et al.,

    Defendants.

Case No. 12-cv-00945-JST

**ORDER TO FILE STIPULATION OF DISMISSAL**

Re: Dkt. No. 46

    The parties stated on the record on April 8, 2013, that they have settled this action. *See* Dkt. No. 46. Accordingly, all deadlines and hearings in this case are VACATED. By May 24, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

    Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

    **IT IS SO ORDERED**.

Dated: April 9, 2013

Jon S. Tigar
United States District Judge